Núms. 6995, 6996, 7001 y 7002.—Pueblo, aplte. *v.* Armour Fertilizer Works, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆ Mayo 25, 1938.

Por los motivos consignados en la opinión emitida para fundar las resoluciones dictadas en los recursos núms. 6965, 6970, 6971, 6976, 6977, 6980 y 6981, *El Pueblo* v. *Armour Fertilizer Work,* sobre infracción al artículo 8 de la Ley de Abonos (ante, pág. 218) Ley Núm. 36 de 1934 enmendada por la Núm. 20 de 1935— se desestima la apelación interpuesta en estos casos.

(*b*) Falta de diligencia o buena fe en la tramitación del recurso

Los siguientes casos fueron desestimados por el fundamento (*b*) antes expresado:

Núms. 6957, 7019, 7020, 7021, 7022, 7023, 7024, 7025, 7026, 7027, 7029, 7030, 7031, 7032, 7033, 7034, 7037, 7038, 7039, 7040, 7041, 7042, 7043, 7044, 7045, 7046, 7047, 7048, 7050, 7051, 7054, 7055, 7056, 7057, 7058, 7059, 7070, 7071, 7072, 7073, 7074, 7075, 7076, 7077, 7078, 7079, 7080, 7081, 7082, 7083, 7124, 7125, 7126, 7127, 7128, 7129, 7130, 7131, 7165, 7166, 7168, 7169, 7170, 7171, 7172, 7173, 7191, 7194, 7195, 7196, 7197, 7198, 7199, 7200, 7202, 7209, 7210, 7212, 7219, 7220, 7235, 7236, 7355, 7381, 7385, 7386, 7387, 7388, 7389, 7390, 7391, 7392, 7393, 7394, 7395, 7396, 7397, 7398, 7399, 7400, 7401, 7402, 7403, 7404, 7405, 7406, 7407, 7421, 7422, 7423, 7424, 7425, 7426, 7427, 7428, 7429, 7430, 7431, 7432, 7433, 7434, 7435, 7436, 7437, 7438, 7439, 7440, 7446, 7447, 7448, 7449.

(*c*) Falta u omision de notificar el escrito de apelación al apelado